**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: Perryman William L
(Last) (First) (Middle Initial)

Prisoner Number: BA2930

Institutional Address: Corcoran state Prison P.O. Box 7100
Corcoran, CA 93212

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

William Lee Perryman
*(Enter your full name.)*

vs.

Scott Roberts
Plubic defender

*(Enter the full name(s) of the defendant(s) in this action.)*

Case No. ~~SCP-683398~~
*(Provided by the clerk upon filing)*

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

***Note:*** *You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement CSATF/State Prison at Corcoran

B. Is there a grievance procedure in this institution? **YES** ☐ **NO** ☒

C. If so, did you present the facts in your complaint for review through the grievance procedure? **YES** ☐ **NO** ☒

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: This has something to do with my court case, not prison.

2. First formal level: ____________________

____________________

____________________

3. Second formal level: ____________________

____________________

____________________

4. Third formal level: ____________________

____________________

____________________

E. Is the last level to which you appealed the highest level of appeal available to you?

**YES** ☐ **NO** ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

____________________

____________________

____________________

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

____________________

____________________

____________________

B. For each defendant, provide full name, official position and place of employment.

____________________

____________________

____________________

____________________

____________________

____________________

____________________

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

In 2016, I was represented by plubic defender MR. Scott Roberts. He told me inside of the court room in front of everyone that because I am black I will get Found guilty. He told me that everyone allways blame the black doll, even if I am Innocent. MR. Roberts said remember when you where in school and the teacher brought out the black and white doll and everyone pick the black one, well thats whats going to happend to you if you go to trial.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I whould like to be compensated, $250,000.00 and for me to be released. I was forced to take a forced conviction based on what he told me. So I feel I should have a re-duce sentence or released.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 1-23-2023 William Lee Perryman

*Date* *Signature of Plaintiff*