UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE PERRYMAN,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ROBERTS,<br><br>Defendant. | Case No. 23-cv-00544-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint. Plaintiff's original complaint was dismissed with leave to amend. Plaintiff did not file an amended complaint but submitted a letter indicating that he seeks delay this case for six months to do additional research. Dkt. No. 9. The Court construes this as a request for a voluntarily dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1) this case is **DISMISSED** without prejudice and the clerk is requested to **CLOSE** the case. Plaintiff may refile this case in six months.

**IT IS SO ORDERED.**

Dated: May 5, 2023

_____
JAMES DONATO
United States District Judge